

Irene Costello
Direct Line: 646.588.2795
E-mail: icostello@shipkevich.com

July 8, 2016

**VIA CM ECF**

Re: Tennique Shaw 16-41211

Dear Judge Lord,

    I represent the Debtor in the above referenced Chapter 13 bankruptcy filing. I am writing to tell the Court that the Debtor has no opposition to the Trustee's Motion to Dismiss before the Court in this case. Thank you for your attention to this matter.

                                  Respectfully Submitted,

                                  /s/ *Irene Costello, Esq*
                                  Irene Costello, Esq.